LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: McDermott@longyearlaw.com

Attorneys for County of Sacramento,
Deputy Renny Rojo,
and Deputy Dominguez

JOHN L. BURRIS, Esq., SBN 69888
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY POWELL, an individual,** | Case No.: 2:18-cv-02123-JAM-DB |
| Plaintiff, | **STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE THE HON. KENDALL J NEWMAN;   ORDER** |
| vs. | |
| **COUNTY OF SACRAMENTO, a municipal corporation; RENNY ROJO (Badge #648), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; DOMINGUEZ (Badge #807), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; and DOES 1-50, inclusive.** | Complaint Filed:  August 2, 2018<br>Trial:  March 30, 2020 |
| **Defendants.** | |

COMES NOW Defendants County of Sacramento, Renny Rojo, and Dominguez (collectively "Defendants") and Plaintiff Billy Powell, by and through their designated counsel, and hereby stipulate and respectfully request that this case be set for a Settlement Conference with Magistrate Judge Kendall J. Newman, date to be determined based on availability of Judge Newman and the parties.

WHEREAS, counsel for the parties have met and conferred and agree that it would be beneficial to participate in a settlement conference at this time;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

WHEREAS, the parties do not request any modification of the current scheduling order.

**IT IS SO STIPULATED**.

Dated: May 31, 2019						LONGYEAR, O'DEA & LAVRA, LLP

							By:	*/s/ Amanda L. McDermott*
								JOHN A. LAVRA
								AMANDA L. MCDERMOTT
								Attorneys for Defendants

Dated: May 31, 2019						LAW OFFICES OF JOHN L. BURRIS

							By:	*/s/ Patrick M. Buelna*
								(as authorized on May 31, 2019)
								JOHN L. BURRIS
								PATRICK BUELNA
								Attorneys for Plaintiff

**ORDER**

Having reviewed and considered the above stipulation, this matter is set to proceed to a settlement conference with Magistrate Judge Kendall J. Newman, date to be determined.

**IT IS SO ORDERED.**

DATED: June 3, 2019			/s/ John A. Mendez
						JOHN A. MENDEZ
						United States District Court Judge

STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE
THE HON. KENDALL J NEWMAN; [PROPOSED] ORDER					Page 2