LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: McDermott@longyearlaw.com

Attorneys for County of Sacramento,
Deputy Renny Rojo,
and Deputy Dominguez

JOHN L. BURRIS, Esq., SBN 69888
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY POWELL, an individual,** | Case No.: 2:18-cv-02123-JAM-DB |
| **Plaintiff,** | |
| vs. | **STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER** |
| **COUNTY OF SACRAMENTO, a municipal corporation; RENNY ROJO (Badge #648), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; DOMINGUEZ (Badge #807), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; and DOES 1-50, inclusive.** | Complaint Filed:  August 2, 2018<br>Trial:  March 30, 2020 |
| **Defendants.** | |

///

COMES NOW Defendants County of Sacramento, Renny Rojo, and Dominguez (collectively "Defendants") and Plaintiff Billy Powell, by and through their designated counsel, and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order dated October 25, 2018 [ECF No. 10], be modified to reflect new deadlines as follows, or as to accommodate the Court's docket, in order for the parties to participate in an early settlement conference:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | Sept. 13, 2019 | Feb. 13, 2020 |
| Supplemental Expert Disclosure: | Oct. 11, 2019 | Mar. 11, 2020 |
| Close of All Discovery: | Nov. 8, 2019 | Apr. 8, 2020 |
| Filing of Dispositive Motions: | Dec. 17, 2019 | May 19, 2020 |
| Hearing of Dispositive Motions: | Jan. 14, 2020 | June 16, 2020 at 1:30 p |
| Final Pretrial Conference: | Feb. 21, 2020 at 10a | July 24, 2020 at 11a |
| Trial: | Mar. 30, 2020 at 9a | Aug. 31, 2020 at 9a |

On June 3, 2019, pursuant to stipulation of the parties, this Court set this matter for a settlement conference with Magistrate Judge Kendall J. Newman. The parties agreed to the next available date on the court's calendar for that conference. Based thereon, this matter is currently set for a settlement conference with Magistrate Judge Kendall J. Newman on August 20, 2019 at 9:00 a.m.

The parties were unable to ascertain dates for the settlement conference prior to receipt of this Court's order setting the case for settlement conference. Therefore, the parties were unable to access and determine whether additional time would be required to disclose experts and complete discovery should the parties be unable to resolve this matter at the settlement conference. The parties have agreed to postpone further significant discovery efforts (e.g., depositions, IME, etc.) until completion of the settlement conference. Counsel for the parties have met and discussed the posture of this case and agree that it would be in the interests of justice and judicial economy and that good cause exists for the requested modification of the

scheduling order in that allowing the parties to extend the deadlines as requested will save the parties time and expenses while they pursue potential settlement.

The parties have not previously requested a modification of the scheduling order. This request is not being made to delay, or for any other improper purpose. The parties agree that continuation of the trial date and pretrial deadlines will not prejudice any party or their counsel.

Therefore, it is hereby stipulated and agreed by and between the parties, and respectfully requested of this court, that the pretrial deadlines and trial date be modified as set forth above.

**IT IS SO STIPULATED.**

Dated: July 16, 2019    LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Amanda L. McDermott*

JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendants

Dated: July 16, 2019    LAW OFFICES OF JOHN L. BURRIS

By: */s/ Patrick M. Buelna*
(as authorized on 7/16/19)

JOHN L. BURRIS
PATRICK M. BUELNA
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated:  July 16, 2019    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge