| | |
|---|---|
| 1 | LONGYEAR & LAVRA, LLP |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No. 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | Attorneys for Defendants |
| | County of Sacramento, Renny Rojo, |
| 6 | and Ulyses Dominguez |
| 7 | JOHN L. BURRIS, Esq., SBN 69888 |
| | PATRICK M. BUELNA, Esq., SBN 317043 |
| 8 | LAW OFFICES OF JOHN L. BURRIS |
| | Airport Corporate Center |
| 9 | 7677 Oakport St., Suite 1120 |
| | Oakland, CA 94621 |
| 10 | Telephone:    (510) 839-5200 |
| | Facsimile:    (510) 839-3882 |
| 11 | Email: John.Burris@johnburrislaw.com |
| | Email: Patrick.Buelna@johnburrislaw.com |
| 12 | |
| | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY POWELL, an individual, | Case No.: 2:18-cv-02123-JAM-DB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| COUNTY OF SACRAMENTO, a municipal corporation; RENNY ROJO (Badge #648), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; DOMINGUEZ (Badge #807), individually and in his official capacity as a sheriff deputy for the Sacramento County Sheriff Department; and DOES 1-50, inclusive. | [Fed. R. Civ. P. 41] |
| | Complaint Filed:    8/2/2018 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff BILLY POWELL and Defendants COUNTY OF SACRAMENTO, RENNY ROJO, and ULYSES DOMINGUEZ, by and through their attorneys of record, that this action be dismissed in its entirety with

**Stipulation for Dismissal of Entire Action with Prejudice; [Proposed] Order**            Page 1

prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated:  November 14, 2019            LONGYEAR & LAVRA, LLP

                                            By: ___*/s/ Amanda L. McDermott*___
                                                  JOHN A. LAVRA
                                                  AMANDA L. MCDERMOTT
                                                  Attorney for Defendants


DATED:  November 14, 2019            LAW OFFICES OF JOHN L. BURRIS

                                            By:___*/s/ Patrick M. Buelna* _____
                                                JOHN L. BURRIS
                                                PATRICK M. BUELNA
                                                Attorney for Plaintiff


## **ORDER**

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

The Complaint and all claims of Plaintiff BILLY POWELL against Defendants County of Sacramento, Renny Rojo, and Ulyses Dominguez are dismissed with prejudice. Each side to bear their own attorneys' fees and costs.

DATED:  November 14, 2019

                                            /s/ John A. Mendez_____
                                            The Honorable John. A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE